UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

MICHAEL AUSTIN,

    Plaintiff,

v.   No. 5:23-CV-071-H

YASAR, LLC, et al.,

    Defendants.

## ORDER OF DISMISSAL

Before the Court is the plaintiff's notice of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), which dismisses the case with prejudice. Dkt. No. 7. Because the defendants have not filed an answer or a motion for summary judgment, the Court instructs the Clerk of Court to dismiss this action with prejudice under Rule 41(a)(1)(A)(i). The parties shall each bear their own costs and attorney's fees.

So ordered on June 14, 2023.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE